No. 95–5793.  MAHAFFEY v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 95–5854.  COOKE v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 95–5897.  PENRY v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 95–5921.  HAWKINS v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 95–5934.  KELLEY v. MARYLAND ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 95–5943.  McNAMARA v. COCHRAN ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 95–5945.  JENKINS v. KANSAS ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 95–5949.  TUCKER v. NEW JERSEY STATE PRISON ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 95–5950.  POLK v. KAISER, CHIEF OF OPERATIONS, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 95–5954.  MILLER v. OREGON.  Ct. App. Ore.  Certiorari denied.

No. 95–5957.  REEVES v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 95–5958.  RICKETTS v. CONNECTICUT.  App. Ct. Conn.  Certiorari denied.

No. 95–5967.  LENON v. PUNG, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 95–5969.  BURTON v. LOUISIANA.  Ct. App. La., 1st Cir.  Certiorari denied.